**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| ARcare  d/b/a Parkin Drug Store and the Bald Knob Medical Clinic   )<br>)<br>            Plaintiff,          )<br>)<br>    v.                                         )<br>)<br>Howe Global, LLC, d/b/a Sterling Distributors                          )<br>)<br>            Defendant.      ) | **Case No. 0:16-cv-60850-UU** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

    Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed, each party shall bear its respective fees and costs.

Dated: August 11, 2016

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ Louis Mussman<br>KU & MUSSMAN, P.A.<br>Louis Mussman, Esq. (Fla # 597155)<br>louis@kumussman.com<br>Brian T. Ku, Esq. (Fla. # 610461)<br>brian@kumussman.com<br>6001 NW 153rd Street, Suite # 100<br>Miami Lakes, Florida 33014<br>Tel: (305) 891-1322<br>Fax: (305) 891-4512<br><br>And<br><br>CARNEY BATES & PULLIAM, PLLC<br>Randall K. Pulliam, Esq. | /s/ Richard Scott<br>TRIP SCOTT, P.A.<br>Richard L. Petrovich, Esq.<br>rlp@trippscott.com<br>sxc@trippscott.com<br>lam@trippscott.com<br>110 SE 6th Street, 15th Floor<br>Ft. Lauderdale, FL 33301<br>Tel: (954) 525-7500<br>Fax: (954) 761-847<br><br>*Attorney for Defendant* |

1

rpulliam@cbplaw.com
2800 Cantrell Road, Suite 510
Little Rock, Arkansas 72202
Tel: (501) 312-8500
Fax: (501) 312-8505

*Attorneys for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

TRIP SCOTT, P.A.
Richard L. Petrovich, Esq.
110 SE 6th Street, 15th Floor
Ft. Lauderdale, FL 33301

/s/ Louis I. Mussman
Louis I. Mussman, Esq.